**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**DAVID A. BROWN**

                  **Plaintiff,**           **Case No. 3: 08 -cv-141**

**-VS-**

                                               **District Judge Thomas M. Rose**

**OFFICER  MALICKI, et al.,**

                  **Defendants**
_____

**ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. #14) ADOPTING SECOND REPORT AND RECOMMENDATIONS (DOC. #13) DENYING MOTION FOR SUMMARY JUDGMENT (DOC. #12)**
_____

       This matter is before the Court pursuant to Objections (Doc. #14) filed by Plaintiff David A. Brown, on July 16, 2008, to the Second Report and Recommendations (Doc. #13) of Chief Magistrate Judge Michael R. Merz filed June 30, 2008.

       The Court has reviewed the comprehensive findings of the Chief Magistrate Judge and pursuant to 28 U.S.C. Section 636(b) and Fed. R. Civ. 72(b), this District Judge has made a de novo review of the record in this case.  Upon consideration of the foregoing, the Court finds the Objections (Doc. #14) are not well taken and are hereby OVERRULED.

       Accordingly, the Chief Magistrate Judge's Second Report and Recommendations (Doc. #13) are ADOPTED in their entirety.

       It is ORDERED and ADJUDGED that Plaintiff's Motion for Summary Judgment (Doc. #12) is DENIED.

IT IS SO ORDERED.

July 23, 2008                                                                  *S/THOMAS M. ROSE
                                                                   _____
                                                                            THOMAS M. ROSE
                                                                   UNITED STATES DISTRICT JUDGE